*Williams* for petitioner. *Messrs. Francis J. Wright* and *W. Edgar Sampson* for respondent.

No. 998. MEMPHIS NATURAL GAS Co. *v.* GULLY, STATE TAX COLLECTOR, ET AL.; and

No. 1025. GULLY, STATE TAX COLLECTOR, ET AL. *v.* MEMPHIS NATURAL GAS Co. June 1, 1936. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Marcellus Green, Garner W. Green, T. A. McEachern, Jr.,* and *Walter P. Armstrong* for Memphis Natural Gas Co. *Messrs. Greek L. Rice, J. A. Lauderdale,* and *Edward W. Smith* for Gully.

No. 1026. GULLY, STATE TAX COLLECTOR, ET AL. *v.* INTERSTATE NATURAL GAS Co. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Edward W. Smith, Greek L. Rice,* and *J. A. Lauderdale* for petitioners. *Messrs. William A. Dougherty* and *David Clay Bramlette* for respondent.

No. 1009. JOHNSON ET AL. *v.* UNITED STATES. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Wallace Muir* and *Francis Burke* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Wm. W. Barron* for the United States.

No. 1012. FREEMAN *v.* UNITED STATES. June 1, 1936. Petition for writ of certiorari to the Circuit Court of